## Sheldon Hill, Plaintiff-Appellee, v. K. T. Frost and C. W. Frank, Defendants-Appellants.

Gen. No. 10,303.

Third District.

October 20, 1960.

Wheat, Hatch, and Corazza, of Champaign (James H. Wheat and Harold A. Baker, of counsel) for appellants; Reno and O'Byrne, of Champaign (J. Michael O'Byrne, of counsel) for appellee. Opinion by JUSTICE ROETH. **Not to be published in full.**